**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SHERMAN SOLOMON,

    Plaintiff,

v.                                    CASE NO. 5:11cv262-MP-CJK

DOCTOR HATTON, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the plaintiff's Notice of Voluntary Dismissal (doc. 10) and the magistrate judge's Report and Recommendation dated May 15, 2012 (doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  A plaintiff may voluntarily dismiss his case without a court order prior to the filing of a response by the opposing side.  Fed. R. Civ. P. 41(a)(1)(A)(I).  No response to the complaint has been filed in this case.

    Accordingly:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The plaintiff's case is DISMISSED and the Clerk is directed to close this file.

    **DONE and ORDERED** this 10th day of August, 2012.

                                              *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             CHIEF UNITED STATES DISTRICT JUDGE**